UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID RUFFA,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA,<br><br>        Defendant. | Case No. 2:20-cv-01300-KJD-EJY<br><br>ORDER |

Before the Court for consideration is the Order and Report and Recommendation (#3) of Magistrate Judge Elayna J. Youchah entered September 25, 2020, granting Plaintiff's application to proceed *in forma pauperis*, but recommending that Plaintiff's complaint be dismissed because the State of Nevada is immune from suit pursuant to the Eleventh Amendment. Plaintiff filed Objections (#4) to the magistrate judge's report and recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#3) of the United States Magistrate Judge entered September 25, 2020, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered September 25, 2020, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED**.

Dated this 19th day of January, 2021.

_____
Kent J. Dawson
United States District Judge